# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINE BARREIROS,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYER HEALTHCARE LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-05598-BLF<br><br>**ORDER (1) TO SHOW CAUSE AND (2) CONTINUING CASE MANAGEMENT CONFERENCE** |

To Plaintiff Christine Barreiros, you are hereby ORDERED to SHOW CAUSE in writing, on or before May 19, 2016, why Defendants should not be dismissed from this action for failure to prosecute.

The complaint was filed on December 8, 2015 and there is no indication on the docket that Defendant has been served with process.  Fed. R. Civ. P. 4(m) requires defendants to be served within 90 days after the complaint is filed.  Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute.  Plaintiff shall submit a written response on or before May 19, 2016.  The Court advises Plaintiff that a failure to respond to the Order to Show Cause by May 19, 2016 will result in the dismissal of Defendants without prejudice.

Since Defendants have not yet been served, the Court CONTINUES the case management conference from April 21, 2016 to May 19, 2016 at 11 a.m.

**IT IS SO ORDERED.**

Dated: April 15, 2016

_____
BETH LABSON FREEMAN
United States District Judge